**Roy "X" 9 ROSS, Jr., et al., Plaintiffs-Appellants,**

v.

**Warden William H. BANNAN, et al., Defendants-Appellees.**

**No. 15244.**

United States Court of Appeals
Sixth Circuit.

June 20, 1963.

Roy "X" 9 Ross, Jr., Willie "X" Smith, Ernest "X" Ford, appellants, in pro per.

Robert A. Derengoski, Solicitor Gen., Lansing, Mich. (Frank J. Kelley, Atty. Gen., Donald T. Kane, Asst. Atty. Gen., Lansing, Mich., on the brief), for appellees.

Before O'SULLIVAN, Circuit Judge, and WILSON and FOX, District Judges.

ORDER.

This Cause having come on to be heard upon the record and briefs, and upon the statement of counsel for appellees, made in open court, and upon due consideration of all of the foregoing,

It Is Ordered that the judgment of the District Court be, and it is, hereby affirmed.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Kenneth Adams TOLLIVER, Defendant-Appellant.**

**No. 15216.**

United States Court of Appeals
Sixth Circuit.

June 20, 1963.

Seymour A. Terrell, Cleveland, Ohio (Terrell, Williams & Salim, Cleveland, Ohio, on the brief), for appellant.

Nathaniel R. Jones, Asst. U. S. Atty., Cleveland, Ohio (Mrele M. McCurdy, U. S. Atty., C. M. Diamond, Gerald J. Celebrezze, Asst. U. S. Attys., Cleveland, Ohio, on the brief), for appellee.

Before O'SULLIVAN, Circuit Judge, and WILSON and FOX, District Judges.

ORDER.

This Cause having come on to be heard upon the record, briefs and appendices, and upon the arguments of counsel, and upon due consideration thereof,

It Is Ordered that the judgment of the District Court be, and it is, hereby affirmed.